No. 705.—Pérez, peticionario, *v.* Corte de Distrito de Arecibo, demandada.— Marzo 27, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)
No ha lugar.

No. 704.—Vidal Sánchez, peticionario, *v.* Corte de Distrito de San Juan, demandada.— Marzo 27, 1930.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)
No ha lugar.

No. 5274.—Feliú, aplte., *v.* E. D. Flyn Export Co., Inc., aplda.—C. D. San Juan. Marzo 27, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)
Con lugar la moción de desestimación, por falta de prosecución.

No. 4006.—Pueblo, apldo., *v.* Sánchez, aplte.—C. D. Ponce. Marzo 27, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)
Celebrada la vista de esta apelación, a la que no asistió el apelante: examinada la transcripción de los autos y los alegatos de las partes, y no encontrando que la corte inferior cometiera el error que se le atribuye en la apreciación de la prueba porque la que presentó el fiscal en el juicio justifica la sentencia condenatoria por llevar el apelante el vehículo de motor que guiaba en regateo con otro, debemos confirmar y confirmamos la sentencia apelada.